UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **26-1401**

In re: 2025 UPMC Subpoena
(W.D. Pa. No. 2:25-mc-01069)

**ORDER**

The United States of America appealed an order that quashed parts of a subpoena and scheduled briefing on whether anonymized subpoena responses would be permissible.  The district court has not yet decided the anonymization issue.  The order on appeal may therefore not be a "final decision[]" under 28 U.S.C. § 1291 or otherwise immediately appealable.  All parties must file written responses addressing this issue within fourteen (14) days from the date of this order.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: March 4, 2026
Amr/Cc: All counsel of record