No. 26-1401

A.A., et al.    vs.    United States of America

## ENTRY OF APPEARANCE

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

A.A., Parent A.A., on their own behalf and on behalf of Child A.A., et al. See additional page for complete list of parties represented.

Indicate the party's role IN THIS COURT (check **only** one):

[ ] Petitioner(s)    [ ] Appellant(s)    [ ] Intervenor(s)

[ ] Respondent(s)    [✔] Appellee(s)    [ ] Amicus Curiae

(Type or Print) Counsel's Name: J. Chesley Burruss

[✔] Mr.    [ ] Ms.    [ ] Mrs.    [ ] Miss    [ ] Mx.

Firm: Ballard Spahr LLP

Address: 1735 Market Street, 51st Floor

City, State, Zip Code: Philadelphia, PA 19103

Phone: 215-665-8500    Fax: 215-864-8999

**Primary E-Mail Address (required)**: burrussc@ballardspahr.com
**Additional E-Mail Address (1)**:
**Additional E-Mail Address (2)**:
**Additional E-Mail Address (3)**:

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

**SIGNATURE OF COUNSEL:** /s/ J. Chesley Burruss

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 10/20/2020

**Full List of Parties Represented**

A.A., Parent A.A., on their own behalf and on behalf of Child A.A.;
B.B., Parent B.B., on their own behalf and on behalf of Child B.B.;
C.C., Parent C.C., on their own behalf and on behalf of Child C.C.;
D.D., Parent D.D., on their own behalf; and
Child D.D., a former minor.