# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No.** _____

_____ vs. _____

# ENTRY OF APPEARANCE

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

_____

Indicate the party's role IN THIS COURT (check **only** one):

     ____ Petitioner(s)      ____ Appellant(s)      ____ Intervenor(s)

     ____ Respondent(s)      ____ Appellee(s)      ____ Amicus Curiae

(Type or Print) Counsel's Name _____

     ____ Mr.    ____ Ms.    ____ Mrs.    ____ Miss    ____ Mx.

Firm _____

Address _____

City, State, Zip Code _____

Phone _____ Fax _____

**Primary E-Mail Address (required)** _____
**Additional E-Mail Address (1)** _____
**Additional E-Mail Address (2)** _____
**Additional E-Mail Address (3)** _____

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

# SIGNATURE OF COUNSEL: _____

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 10/20/2020

## Full List of Parties

1. A. A. (Parent A.A., on their own behalf and on behalf of Child A.A.);
2. B. B.  (Parent B.B., on their own behalf and on behalf of Child B.B.);
3. C. C. (Parent C.C., on their own behalf and on behalf of Child C.C.);
4. D. D. (Parent D.D., on their own behalf);
5. Child D. D. (Child D.D., a former minor)