UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**Nos. 26-1401 & 26-1545**

In re: 2025 UPMC Subpoena
(W.D. Pa. No. 2:25-mc-01069)

**ORDER**

In the event a briefing and scheduling order issues in No. 26-1401, the appeals at Nos. 26-1401 and 26-1545 are hereby consolidated for all purposes.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: March 16, 2026
Gch/cc: All Counsel of Record