

1617 John F. Kennedy Blvd., Suite 1650
Philadelphia, PA 19103

**www.pubintlaw.org**

PublicInterestLawCenter f
@PubIntLawCtr 🐦

March 18, 2026

Patricia S. Dodszuweit
Clerk of Court
U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
(*Letter filed via ECF*)

> Re: *In re: 2025 UPMC Subpoena*, Nos. 26-1401 & 26-1545
> Letter in Response to Court's March 4, 2026 Order

Dear Ms. Dodszuweit,

The patients and guardians who make up the Appellees in this matter ("Patients") submit this letter to address whether Chief Judge Bissoon's December 24, 2025 Order was a final decision under 28 U.S.C. § 1291 or was otherwise immediately appealable. In short, the December order was not final or otherwise appealable. However, subsequent developments have made plain that the Court now has jurisdiction to hear this consolidated appeal.

While the United States' decision to appeal was understandable given the downside of a potential waiver, the December 24 Order was not a "final decision," because it failed to "end[] the litigation on the merits and leave[] nothing for the court to do but execute the judgment." *Weber v. McGrogan*, 939 F.3d 232, 236 (3d Cir. 2019). Chief Judge Bissoon made this plain on March 2, 2026, noting that even after her first Order she had remained willing to "hear the government out" and allow it "to supplement the record regarding a potential anonymized production." *In re: 2025 UPMC Subpoena*, No. 2:25-MC-01069-CB, 2026 WL 570419, at *1 (W.D. Pa. Mar. 2, 2026); *see also In re Amgen Inc.*, 139 F.4th 265, 266 (3d Cir. 2025) (order not final when Court had not "conclusively defined the scope of . . . discovery"). But in the March 2, 2026 Order, after having considered the supplemented record, the Court found "that true and effective

Letter in Response to Court's March 4 Order
Page 2 of 2
March 18, 2026

anonymization cannot be achieved," *In re: 2025 UPMC Subpoena*, 2026 WL 570419, at *1, entered judgment, and closed the case.

There is no question that Chief Judge Bissoon's March 2, 2026 Order and entry of judgment is a final order for purposes of appeal. Given the United States' timely appeal of that order and judgment, and this Court's subsequent consolidation of the appeals, this Court has jurisdiction to hear the consolidated matter.

Respectfully submitted,

*/s/ Daniel Urevick-Ackelsberg*

BALLARD SPAHR LLP

Michael P. Robotti (NY 4718532)
1675 Broadway, 19th Floor
New York, NY 10019
212-223-0200
robottim@ballardspahr.com

J. Chesley Burruss (PA 331521)
Kevin M. Hayne (NY 5967526)
Elizabeth A. Lilly (PA 336185)
1735 Market Street, 51st Floor
Philadelphia, PA 19103
burrussc@ballardspahr.com
haynek@ballardspahr.com
lillye@ballarspahr.com

PUBLIC INTEREST LAW CENTER

Mary M. McKenzie (PA 47434)
Daniel Urevick-Ackelsberg (PA 307758)
Meghan Binford (PA 321212)
Olivia Mania (PA 336161)
1617 JFK Blvd., Suite 1650
Philadelphia, PA 19103
267-546-1316
mmckenzie@pubintlaw.org
dackelsberg@pubintlaw.org
mbinford@pubintlaw.org
omania@pubintlaw.org

*Counsel for Patients*

# CERTIFICATE OF SERVICE

I, Daniel Urevick-Ackelsberg, hereby certify that on the 14th day of March, 2026, I caused the forgoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system by the Court and all parties. Counsel for the United States is a filing user pursuant to Local Rule 113.4(c).

*/s/ Daniel Urevick-Ackelsberg*
Daniel Urevick-Ackelsberg