UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **26-1401**

In re: 2025 UPMC Subpoena
(W.D. Pa. No. 2:25-mc-01069)

**ORDER**

This appeal will not be submitted to a motions panel for possible dismissal due to a jurisdictional defect at this time.  The issue of jurisdiction is referred to the merits panel for consideration after briefing.  This order does *not* represent a finding of jurisdiction in this matter.  As in all cases, the panel of this Court that reviews the appeal on its merits will make a final determination of jurisdiction.  A briefing schedule will be issued at the appropriate time.  The parties should address jurisdiction in their briefs.  *See* Fed. R. App. P. 28(a)(4) & 28(b).

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: March 20, 2026
Amr/Cc: All counsel of record