OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

March 25, 2026

John Bailey
United States Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Avenue NW
Room 3618
Washington, DC 20530

RE: In re: 2025 UPMC Subpoena
Case Number: 26-1401
District Court Case Number: 2:25-mc-01069

Dear Counsel:

Pursuant to our docketing letter dated **March 4, 2026**, you were requested electronically file or complete the following in the above-entitled case:

**Concise Summary of the Case; Information Statement; Transcript Purchase Order Form**

**It is noted that, where applicable, parties must enter an appearance and comply with 3rd Cir. LAR 31.2 which provides:** A local, state or federal entity or agency, which was served in the district court and which is the appellee, must file a brief in all cases in which a briefing schedule is issued unless the court has granted a motion seeking permission to be excused from filing a brief. The rule does not apply to entities or agencies that are respondents to a petition for review unless the entity or agency is the sole respondent or to entities or agencies which acted solely as an adjudicatory tribunal.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Date: March 25, 2026

Amr/cc: Meghan Binford, Esq.
J. Chesley Burruss, Esq.
Colin J. Callahan, Esq.
Kevin M. Hayne, Esq.
Elizabeth A. Lilly, Esq.
Olivia Mania, Esq.
Michael P. Robotti, Esq.
Daniel Urevick-Ackelsberg, Esq.