# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:

A.A., et al. v. UNITED STATES OF AMERICA, Appellant

APPEAL FROM DISTRICT COURT:

District: Eastern District of Pennsylvania
D.C. Docket No.: 2:25-mc-01069
Date proceedings initiated in D.C.: 9/24/2025
Date Notice of Appeal filed: 2/20/2026
USCA No.: 26-1401

## COUNSEL ON APPEAL

**Appellant(s)**: United States of America
Name of Counsel: John Bailey
Name of Party(ies): United States of America
Address: U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington DC 20530
Telephone No.: 202-514-6993
Fax No.:
E-mail: john.bailey@usdoj.gov

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: Daniel Urevick-Ackelsberg
Name of Party(ies): A.A. (Parent A.A., on their own behalf and on behalf of Child A.A.), et al.
Address: 1617 John F. Kennedy Blvd, Suite 1650, Philadelphia, PA 19103
Telephone No.: 267-546-1316
Fax No.: 215-627-3183
E-mail: dackelsberg@pubintlaw.org

Name of Counsel:
Name of Party(ies):
Address:
Telephone No.:
Fax No.:
E-mail:

Is this a Cross-Appeal?          Yes ☐     No ☑
Appeals Docket No.:

Was there a previous appeal in case?     Yes ☐     No ☑
If yes, Short Title:
Appeals Docket No.:
Citation, if reported:

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:

a) Arises from substantially the same case or controversy as this appeal?    Yes ☑        No ☐

b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
                                                                    Yes ☑        No ☐

If you answered yes to either "a" or "b" please provide:

Case Name: See Attachment _____

D.C. Docket No.:_____

Court or Agency:_____

Docket Number: _____

Citation, if reported:_____

---

## NATURE OF SUIT
### (Check as many as apply)

**1. FEDERAL STATUTES**
- ☐ ANTITRUST
- ☐ BANKRUPTCY
- ☐ BANKS & BANKING
- ☐ CIVIL RIGHTS
- ☐ COMMERCE, ROUTES, AND TARIFFS
- ☐ COMMODITIES
- ☐ COMMUNICATIONS
- ☐ CONSUMER PROTECTION
- ☐ COPYRIGHT
- ☐ PATENT
- ☐ TRADEMARK
- ☐ ELECTION
- ☐ ENERGY
- ☐ ENVIRONMENTAL
- ☐ FOIA FREEDOM OF INFORMATION
- ☐ IMMIGRATION
- ☐ LABOR
- ☐ OSHA
- ☐ SECURITIES
- ☐ SOCIAL SECURITY
- ☐ TAX
- ☐ EQUAL ACCESS TO JUSTICE
- ☑ OTHER Specify: administrative subpoena

**2. TORTS**
- ☐ ADMIRALTY

- ☐ ASSAULT/DEFAMATION
- ☐ PRODUCT LIABILITY/WARRANTY
- ☐ DIVERSITY
- ☐ OTHER Specify:_____

**3. CONTRACTS**
- ☐ ADMIRALTY/MARITIME
- ☐ ARBITRATION
- ☐ COMMERCIAL
- ☐ EMPLOYMENT
- ☐ INSURANCE
- ☐ NEGOTIABLE DISBURSEMENTS
- ☐ OTHER Specify:_____

**4. PRISONER PETITIONS**
- ☐ CIVIL RIGHTS
- ☐ VACATE SENTENCE 2255
- ☐ HABEAS CORPUS 2254
- ☐ HABEAS CORPUS 2241
- ☐ MANDAMUS/PROHIBITION
- ☐ OTHER Specify:_____

**5. OTHER**
- ☐ FORFEITURE
- ☐ CIVIL GRAND JURY
- ☐ TREATY Specify:_____
- ☐ OTHER Specify:_____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this 30 day of March , 20 26 .

Signature of Counsel: /s/ John Bailey _____

<u>Attachment</u>

The following pending case arises from the same controversy as this appeal:

1. *A.A. v. United States of America*, No. 26-1545 (3d Cir.)

The following pending cases involve similar or related issues:

1. *In re: Administrative Subpoena No. 25-1431-014*, No. 2:25-mc-00039, 810 F. Supp. 3d 555 (E.D. Pa. 2025), *appeal filed*, No. 26-1134 (3d Cir.)
2. *In re: Administrative Subpoena No. 25-1431-019*, No. 1:25-cv-91324-MJJ, 800 F. Supp. 3d 229 (D. Mass. 2025), *appeals filed*, Nos. 25-2092, 26-1093 (1st Cir.).
3. *In re: Department of Justice Administrative Subpoena No. 25-1431-030*, No. 25-mc-00063-SKC-CYC (D. Colo.)
4. *QueerDoc PLLC v. U.S. Department of Justice*, No. 2:25-mc-00042-JNW (W.D. Wash.), *appeal filed*, No. 25-7384 (9th Cir.)
5. *Seattle Children's Hospital v. U.S. Department of Justice*, No. 2:25-mc-00041-JHC (W.D. Wash.)
6. *In re: 2025 Subpoena to Children's National Hospital*, No. 25-cv-03780-JRR (D. Md.), *appeal filed*, No. 26-1104 (4th Cir.)