## IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

IN RE: 2025 UPMC SUBPOENA

Nos. 26-1401, 26-1545

### CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Appellate Procedure 26 and Third Circuit Rule 31.4, Appellant United States of America respectfully moves for a 30-day extension of time, to and including June 10, 2026, to file its opening brief and appendix.  Per Circuit Rule 27.3, Appellant has conferred with opposing counsel and represents that Appellee consents to the requested relief.  In support of this motion, Appellant states as follows:

1.  On March 30, 2026, the Court issued a briefing notice setting May 11 as the due date for Appellant's opening brief and appendix in these consolidated appeals.

2.  Appellant respectfully requests a 30-day extension, to and including June 10, 2026, to complete preparation of its opening brief and appendix.  This is Appellant's first request for an extension of time.

3.  Good cause exists for the requested extension.  Undersigned counsel has significant preexisting commitments, including *Guerreo Orellana v. Moniz*, Nos. 25-2152, 26-1094 (1st Cir.) (oral argument set for May 4) and *Kelly v. Hegseth*, No. 26-5070 (D.C. Cir.) (oral argument set for May 7), that make the current timeline impracticable.  Oral argument has not been set in this appeal, and the requested extension will not delay any other aspect of the Court's consideration of this case.

4.  For these reasons, Appellant respectfully requests that the Court grant this motion for an initial 30-day extension of time.

Respectfully submitted,

BRAD HINSHELWOOD

 /s/ *John Bailey*
JOHN BAILEY
*Attorneys*
*Civil Division*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W.*
*Washington, D.C. 20530*
*(202) 514-6993*

APRIL 2026

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Palatino Linotype 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 223 words, according to the word count of Microsoft Word.

/s/ John Bailey

John Bailey

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2026, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ John Bailey*

John Bailey