UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-109

No. 26-1401 & 26-1545

In re: 2025 UPMC Subpoena

United States of America, Appellant

(W.D. Pa. No. 2:25-mc-01069)

Present: MONTGOMERY-REEVES, *Circuit Judge*

1. UNOPPOSED Motion filed by Appellant USA in 26-1401 and 26-1545 for Extension of Time to file Opening brief & Appendix until/for August 10, 2026.

Respectfully,
Clerk/amr

ORDER

The foregoing unopposed motion for extension of time to file opening brief and appendix until/for August 10, 2026, is GRANTED.

By the Court,

s/ Tamika R. Montgomery-Reeves
Circuit Judge

Dated: July 15, 2026
Amr/Cc: All counsel of record