# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. <u>26-1401, 26-1545</u>

In re: 2025 UPMC Subpoena

(U.S. District Court No.: 2:25-mc-01069)

### ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

<u>s/ Patricia S. Dodszuweit</u>
Clerk

Dated:    August 12, 2026
AMR/cc:    John Bailey, Esq.
Meghan Binford, Esq.
J. Chesley Burruss, Esq.
Colin J. Callahan, Esq.
Kevin M. Hayne, Esq.
Elizabeth A. Lilly, Esq.
Brandy S. Lonchena,
Olivia Mania, Esq.
Michael P. Robotti, Esq.
Daniel Urevick-Ackelsberg, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate